UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:00CR188 |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| (1) ROBERTO AMADOR | ) | |
| a/k/a ALBERTO CARILLO | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above captioned case against Roberto Amador only, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 16th day of April, 2015.

Richard L. Voorhees
United States District Judge

1